PECKAR & ABRAMSON         Fax:12015433698

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEVINE and FREIDA ZAMES,

    Plaintiffs,

vs.

TRUMP INTERNATIONAL HOTEL & TOWER CONDOMINIUM, ONE CENTRAL PARK WEST PT, and THIT COMMERCIAL, LLC, jointly and severally,

    Defendants.

TRUMP INTERNATIONAL HOTEL & TOWER CONDOMINIUM, THIT COMMERCIAL, LLC

    Third-Party Plaintiffs,

vs.

ONE CENTRAL PARK WEST PT ASSOCIATES LIMITED PARTNERSHIP, PHILIP JOHNSON RITCHIE & FIORE ARCHITECTS, CK ARCHITECT, P.C., and CANTOR SEINUK GROUP, P.C., jointly and severally,

    Third-Party Defendants.

Docket No.: 01-5518 (RJH)

**STIPULATION AND ORDER OF DISMISSAL**

The PLAINTIFFS and DEFENDANTS agree that the above-captioned claims between them have been settled amicably and shall be dismissed with prejudice in their entirety without costs or fees to any party pursuant to F.R.C.P 41.

_____
Edward A. Kopelson, Esq.
Counsel for Plaintiffs
Dated: ~~February 19, 2009~~ March 16

_____
Gregory R. Begg, Esq.
Counsel for Defendants
Dated: February 19, 2009

SO ORDERED:

_____
Hon. Richard J. Holwell, U.S.D.J.
4/27/09

The Clerk is requested to close this case

LAW OFFICES
Peckar & Abramson
A Professional Corporation

283536.01/02/19/09